IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No. 1:13-cr-060 |
| | : | |
| **v.** | : | |
| | : | |
| **CARL E. MURPHY, JR.,** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant Carl E. Murphy Jr.'s motion to vacate his conviction and sentence (Doc. 47) is **DENIED.**

*s/Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated:   April 16, 2020